IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JUL 16  PM 3: 32

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:14-CR-48 (2) |
| | § | |
| BEATRIZ JIMENEZ | § | |

## ORDER ON ARRAIGNMENT AND ORDER SETTING DATES

On the 16th day of July 2014, defendant BEATRIZ JIMENEZ appeared in person with Mr. John Massouh, co-counsel for court-appointed counsel, Mr. Mark White, before the undersigned United States Magistrate Judge. The case was called for the purpose of Arraignment. The United States appeared by and through the Assistant United States Attorney.

Pursuant to Rule 10, Federal Rules of Criminal Procedure, the defendant received a copy of the Indictment that had been filed against her, stated that she understood the charges contained therein, that she had had time to consult with counsel regarding such charges, and had so consulted with counsel. The defendant was advised of the maximum penalties which might be imposed if found guilty, and acknowledged that she understood same. The reading of the Indictment was waived, and defendant BEATRIZ JIMENEZ entered a plea of not guilty as to the counts filed against her in the Indictment.

All parties were advised that all pretrial motions are due on or before July 31, 2014, and that all responses to any pretrial motions are due on or before August 11, 2014. The trial date for this case will be set by separate Order.

Defendant BEATRIZ JIMENEZ was continued on the conditions of release previously set in this cause pending further proceedings.

IT IS SO ORDERED.

ENTERED this __16th__ day of July 2014.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE